# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  (212) 465-1188
cklee@leelitigation.com

September 29, 2025

**Via ECF**
The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St., Room 15A
New York, NY 10007

Re:  *Gallardo v. 530 Food Corp., et. al.*
Case No.: 1:25-cv-00201

Honorable Judge Subramanian:

We are counsel to Plaintiff in the above-referenced case. Pursuant to the Court's Order on April 14, 2025, post-discovery summary judgment motions are currently due on October 3, 2025, answering papers by October 31, 2025, and reply papers by November 7, 2025. *See* Dkt. No. 22.

The parties jointly request that the deadline be extended as follows:
- Summary judgment motions: January 3, 2026,
- Answering papers: January 31, 2026, and
- Reply papers by February 7, 2026.

No other deadlines are affected by this extension request.

The parties are discussing private mediation and are in the process of selecting a mediator. As such, since the motions may likely not be necessary, the parties are jointly requesting this extension.

No prior extension has been made for the above. At this juncture, the parties have no forthcoming scheduled appearances before the Court.

We thank the Court for its kind consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

GRANTED but the parties should file a letter within two weeks of this order indicating whether they've selected a mediator or if they need additional time. If the parties are unable to agree to mediation, the deadlines will continue to run starting with the summary judgment motions being due 4 days after the parties notify the Court that mediation will not happen, the answering papers being due 28 days after that, etc.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 39.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 30, 2025