**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ISIDRO GALLARDO, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*
          Plaintiff,

v.

530 Food Corp. d/b/a Key Food, *et al.*,
          Defendants.

---

Case No.: 1:25-cv-201(AS)

**[PROPOSED]**
**RULE 68 JUDGMENT**

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 530 Food Corp. d/b/a Key Food, 2401 Food Corp. d/b/a Key Food UWS, Ted Y. Park (collectively "Defendants"), having offered to allow Plaintiff Isidro Gallardo ("Plaintiff") to take a judgment against them, in the amount of One Hundred Twenty-Five Thousand Dollars and Zero Cents ($125,000.00), which is inclusive of all unpaid wages, damages, liquidated damages, penalties, pre-judgment interest, post judgment interest, attorneys' fees, costs, expenses, amounts, and claims for relief sought by Plaintiff, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 2, 2026 and filed as Exhibit A to Docket Number 47;

      **WHEREAS**, on February 4, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 47);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Isidro Gallardo, in the sum of $125,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 2, 2026 and filed as Exhibit A to Docket Number 47. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2026         _____
     New York, New York                                                U.S.D.J.